In the Matter of the Probate of the Will of IRWIN M. HERZIG, Deceased. GERTRUDE C. H. NOTES, Appellant; BENJAMIN H. HERZIG, Respondent.

Submitted May 14, 1951; decided June 1, 1951.

*Gertrude C. H. Notes,* in person, for motion.

*Benjamin H. Herzig,* in person, and *Edward Fillmore* opposed.

Motion dismissed upon the ground that the orders do not finally determine the proceeding within the meaning of the Constitution.